**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

AMILCAR RIVAS-RIVERA,

Petitioner

v.

COMMON PLEAS COURT OF
LANCASTER COUNTY, THE SUPERIOR
COURT OF PENNSYLVANIA,

Respondents

: No. 67 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus" is DENIED.